IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,                                No. CIV S-11-0820 JAM GGH PS

    vs.

CITY OF DAVIS,

    Defendants.                              ORDER

/

        Defendant's motion to declare plaintiff a vexatious litigant presently is calendared for hearing on December 15, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The December 15, 2011 hearing on the motion to declare plaintiff a vexatious litigant, filed November 10, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: December 5, 2011

                                      /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:076:Sherman0820.vac2.wpd