IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

       Plaintiff,                    CIV-S-11-0820 JAM GGH PS

   vs.

CITY OF DAVIS,

       Defendant.               ORDER

_____/

       On March 6, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed on March 26, 2012, and a response to the objections was filed on April 3, 2012, and they were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

      1. Defendant's motion to dismiss, filed September 12, 2011 (dkt. no. 7) is granted as set forth in the findings and recommendations;

      2. Plaintiff's complaint is dismissed with leave to amend; and

      3. Plaintiff's motion for supplemental pleading, filed February 8, 2012 (dkt. no. 19) is granted.

DATED:  May 9, 2012

      /s/ John A. Mendez
      UNITED STATES DISTRICT COURT JUDGE