IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                                No. 2:11-cv-0820 JAM GGH PS

     vs.

CITY OF DAVIS,

      Defendant.                               <u>ORDER</u>

_____/

      On April 19, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that the Findings and Recommendations filed
2  April 19, 2012, are ADOPTED and plaintiff's motion for injunctive relief, filed March 26, 2012
3  (dkt. no. 23) is denied.
4  DATED: June 14, 2012
5                                    /s/ John A. Mendez
6                                    UNITED STATES DISTRICT COURT JUDGE