1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9   JOSEPH A. SHERMAN,

10          Plaintiff,                    No. 2:11-cv-0820 JAM GGH PS

11       vs.

12   CITY OF DAVIS,

13          Defendant.                    ORDER

14   _____/

15          Plaintiff, is proceeding in this action pro se and in forma pauperis pursuant to 28

16   U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302(21), pursuant to 28

17   U.S.C. § 636(b)(1).  By order of May 10, 2012, the district court adopted this court's findings

18   and recommendations and granted plaintiff leave to amend.  Plaintiff has not filed an amended

19   complaint since that order was issued.

20          Accordingly, IT IS ORDERED that: plaintiff shall file an amended complaint that

21   complies with the requirements set forth in this court's findings and recommendations, filed

22   March 6, 2012, within fourteen (14) days of this order.  Failure to comply with this order will

23   result in a recommendation that this action be dismissed.

24   DATED: June 19, 2012

25                                          /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

26   GGH:076/Sherman0820.ac.wpd

1