IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,                          No. 2:11-cv-0820 JAM GGH PS

    vs.

CITY OF DAVIS,

    Defendant.                          ORDER

_____/

    Plaintiff, is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1). By order of May 10, 2012, the district court adopted this court's findings and recommendations and granted plaintiff leave to amend. Plaintiff has not filed an amended complaint since that order was issued.

    Accordingly, IT IS ORDERED that: plaintiff shall file an amended complaint that complies with the requirements set forth in this court's findings and recommendations, filed March 6, 2012, within fourteen (14) days of this order. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: June 19, 2012

                                  /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:076/Sherman0820.ac.wpd